ACCEPTED
01-14-00104-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/17/2015 10:18:00 AM
CHRISTOPHER PRINE
CLERK



## KEN PAXTON
### ATTORNEY GENERAL OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/17/2015 10:18:00 AM
CHRISTOPHER A. PRINE
Clerk

November 17, 2015

Honorable Christopher A. Prine
Clerk of the Court
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066
*Via E-filing*

Re:     No. 01-14-00104-cv; White Lion Holdings, L.L.C. v. The State of Texas

Dear Mr. Prine:

This is to acknowledge that the State of Texas received Appellant's Motion for Rehearing and Rehearing *En Banc*.  Please advise the Court that the State does not intend to file a response to Appellant's motions unless one is requested by the Court.

Thank you for your attention to this matter.

Sincerely,

*//s// Craig J. Pritzlaff*
Craig J. Pritzlaff
Assistant Attorney General

cc via e-service and email:

Jacqueline Lucci Smith, Attorney for Appellant, jls@luccismithlaw.com
Joan Lucci Bain, Attorney for Appellant, jbain@bainandbainlaw.net

Post Office Box 12548, Austin, Texas 78711-2548 • (512) 463-2100 • www.texasattorneygeneral.gov